1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RAYMOND PIERSON, III,                      No.  2:14-cv-0324 KJM CKD PS

12              Plaintiff,

13         v.                                     ORDER

14    BRUCE ROGOW, J.D., et al.,

15              Defendants.

16

17         Plaintiff is proceeding in this action pro se.  Plaintiff alleges diversity as the basis of

18    subject matter jurisdiction.  The federal venue statute requires that a civil action wherein

19    jurisdiction if founded only on diversity of citizenship may be brought only in "(1) a judicial

20    district where any defendant resides, if all defendants reside in the same State, (2) a judicial

21    district in which a substantial part of the events or omissions giving rise to the claim occurred, or

22    a substantial part of property that is the subject of the action is situated, or (3) a judicial district in

23    which any defendant may be found, if there is no district in which the action may otherwise be

24    brought."  28 U.S.C. § 1391(a).

25         In this action, defendants reside in Fort Lauderdale, Florida, which is located in the

26    Southern District of Florida.  The alleged malpractice underlying plaintiff's complaint occurred in

27    that venue as well.  Therefore, plaintiff's claim should have been filed in the United States

28    District Court, Southern District of Florida, Fort Lauderdale Division.  In the interest of justice, a

                                                    1

1   federal court may transfer a complaint filed in the wrong district to the correct district.  <u>See</u> 28

2   U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

3          Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

4   States District Court, Southern District of Florida, Fort Lauderdale Division.

5   Dated:  February 4, 2014

6                                                  _____

CAROLYN K. DELANEY

7                                                  UNITED STATES MAGISTRATE JUDGE

8

9   4 pierson.tra

2