1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RAYMOND PIERSON, III,                    No.  2:14-cv-0324 KJM CKD PS

12              Plaintiff,

13         v.                                   ORDER

14    BRUCE ROGOW, J.D., et al.,

15              Defendants.

16

17         On February 4, 2014, this case was transferred to the United States District Court,

18    Southern District of Florida, Fort Lauderdale Division because venue was not proper in this court.

19    The action was thereafter dismissed by the District Court sitting in Florida.  On May 5, 2014,

20    plaintiff filed a motion in the Eastern District of California to vacate the transfer order.  Because

21    the action has now been dismissed, plaintiff's motion is moot.  Moreover, plaintiff fails to

22    demonstrate why the action should not have been transferred based on improper venue.

23         Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to vacate transfer order

24    (ECF No. 5) is denied.

25    Dated:  May 8, 2014

26                                             _____

                                               CAROLYN K. DELANEY
27    4 pierson.imp                            UNITED STATES MAGISTRATE JUDGE

28

                                               1