UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND PIERSON, III, | No. 2:14-cv-0324 KJM CKD PS |
| Plaintiff, | |
| v. | ORDER |
| BRUCE ROGOW, J.D., et al., | |
| Defendants. | |

On February 4, 2014, this case was transferred to the United States District Court, Southern District of Florida, Fort Lauderdale Division because venue was not proper in this court. The action was thereafter dismissed by the District Court sitting in Florida. On May 5, 2014, plaintiff filed a motion in the Eastern District of California to vacate the transfer order. Because the action has now been dismissed, plaintiff's motion is moot. Moreover, plaintiff fails to demonstrate why the action should not have been transferred based on improper venue.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to vacate transfer order (ECF No. 5) is denied.

Dated: May 8, 2014

/s/ Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 pierson.imp

1