FILED

JUL 09 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RAYMOND H. PIERSON, III,  Plaintiff - Appellant,  v.  BRUCE S. ROGOW, J.D., and CYNTHIA GUNTHER,  Defendants - Appellees. | No. 14-16109  D.C. No. 2:14-cv-00324-KJM Eastern District of California, Sacramento  ORDER |

Before: KOZINSKI, Chief Judge, HAWKINS and WARDLAW, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the orders challenged in the appeal are not final or appealable. *See Nascimento v. Dummer*, 508 F.3d 905, 908 (9th Cir. 2007) (transfer order not directly appealable); *Branson v. City of Los Angeles*, 912 F.2d 334 (9th Cir. 1990) (denial of reconsideration of non-appealable order is itself not appealable); *see also In re San Vicente Med. Partners Ltd.*, 865 F.2d 1128, 1131 (9th Cir. 1989) (order) (magistrate judge order not final or appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

MF/Pro Se